[Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD J. HERRO,<br><br>                Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>                Defendant | )<br>)  Case No. CV 13-03241 SC<br>)<br>)  STIPULATION AND [REQUESTED]<br>)  ORDER CONTINUING CASE MANAGEMENT<br>)  CONFERENCE<br>)<br>)  Hon. Samuel Conti<br>)  Senior United States District Judge<br>)<br>)  Case Management Conference:<br>)  Date:  November 22, 2013<br>)  Time:  10:00 a.m.<br>)  Courtroom:  Hon. Samuel Conti<br>)  United States District Judge<br>)<br>)<br>) |

        The the parties jointly and respectfully request that the Court order the case referred to Mediation under the Court's ADR program and ADR Local Rules, and continue the scheduled Case Management Conference to a date thereafter convenient to the Court's calendar, *i.e.*, to February 7, 2014 or thereafter.

        The reason for this request is as follows:  The parties have agreed to an early mediation under the Court's ADR Local Rules before a member of the Court's panel of mediators with expertise in the field of law applicable in the case at bench and respectfully request the Court's order referring the case to Mediation.

1   Dated: November 15, 2013         Respectfully submitted,

2                                    JULIAN M. BAUM & ASSOCIATES

3                                         /s/ by Julian M. Baum

4                                    by_____
5                                      Julian M. Baum (CA Bar No. 130892)
                                       Lisa A. Lawrence (CA Bar No. 132310)
6                                      JULIAN M. BAUM & ASSOCIATES
                                       9 Tenaya Lane
7                                      Novato, California 94947
                                       Telephone:  (415) 963-4424
8                                      Facsimile:   (888) 452-3849
9                                      E-mail:     JMB@JMBLawGroup.com
                                       Attorneys for Plaintiff,  Ronald J. Herro
10

11  Dated:  November 15, 2013        ANDREA KISMET ANAPOLSKY (CA Bar No. 238297)
                                     SEYFARTH SHAW LLP
12                                   560 Mission Street, 31st Floor
13                                   San Francisco, CA 94105
                                     Telephone:  (415) 397-2823
14                                   Facsimile:   (415) 397-8549
                                     E-mail:     aanapolsky@seyfarth.com
15

16                                   AMANDA SONNEBORN (admitted pro hac vice)
                                     MEGAN TROY (admitted pro hac vice)
17                                   SEYFARTH SHAW LLP
                                     131 S. Dearborn Street, Suite 2400
18                                   Chicago, IL 60603
19                                   Telephone:  (312) 460-5000
                                     Facsimile:  (312) 460-7000
20                                   E-mail:  asonneborn@seyfarth.com
                                     mtroy@seyfarth.com
21

22                                   Attorneys for Defendant,
                                     The Prudential Insurance Company of America
23

24                      By      /s/  Megan Troy
                                _____
25

26  [proposed Order on following page]

27

28

## ATTESTATION OF CONCURRENCE OF NON-FILING SIGNATORIES

### Civil L. R. 5-1(i)(3)

The undersigned ECF filer hereby attests that concurrence in the filing of the foregoing document has been obtained from each of the other signatories.

Dated: November 15, 2013                    Respectfully submitted,

JULIAN M. BAUM & ASSOCIATES

by_____*/s/ by Julian M. Baum*_____
Julian M. Baum (CA Bar No. 130892)
Lisa A. Lawrence (CA Bar No. 132310)
JULIAN M. BAUM & ASSOCIATES
9 Tenaya Lane
Novato, California 94947
Telephone:  (415) 963-4424
Facsimile:   (888) 452-3849
E-mail:     JMB@JMBLawGroup.com
Attorneys for Plaintiff,

### [proposed] ORDER

The parties having stipulated as set forth above, and good cause appearing to this Court,

**IT IS SO ORDERED**:

1.  The case is referred to mediation in accordance with the Court's ADR Local Rules, to be completed within 90 days of this Order;

2.  The Case Management Conference in this action is rescheduled on the Court's calendar to Friday, ~~February _____, 2014~~ March 7, 2014 at 10:00 a.m.

Dated:  November __ 2013

_____
SAMUEL _____
UNITED S_____ ___DGE

*Judge Samuel Conti*