[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. HERRO, | ) |
| | ) Case No. CV 13-03241 SC |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [REQUESTED] |
| | ) ORDER CONTINUING CASE MANAGEMENT |
| THE PRUDENTIAL INSURANCE | ) CONFERENCE |
| COMPANY OF AMERICA, | ) |
| | ) Hon. Samuel Conti |
| Defendant | ) Senior United States District Judge |
| | ) |
| | ) Case Management Conference: |
| | ) Date: November 22, 2013 |
| | ) Time: 10:00 a.m. |
| | ) Courtroom: Hon. Samuel Conti |
| | ) United States District Judge |

The the parties jointly and respectfully request that the Court order the case referred to Mediation under the Court's ADR program and ADR Local Rules, and continue the scheduled Case Management Conference to a date thereafter convenient to the Court's calendar, *i.e.*, to February 7, 2014 or thereafter.

The reason for this request is as follows: The parties have agreed to an early mediation under the Court's ADR Local Rules before a member of the Court's panel of mediators with expertise in the field of law applicable in the case at bench and respectfully request the Court's order referring the case to Mediation.

| | | |
|---|---|---|
| 1 | Dated: November 15, 2013 | Respectfully submitted, |
| 2 | | JULIAN M. BAUM & ASSOCIATES |

                                  /s/ by Julian M. Baum

by_____
  Julian M. Baum (CA Bar No. 130892)
  Lisa A. Lawrence (CA Bar No. 132310)
  JULIAN M. BAUM & ASSOCIATES
  9 Tenaya Lane
  Novato, California 94947
  Telephone:  (415) 963-4424
  Facsimile:  (888) 452-3849
  E-mail:    JMB@JMBLawGroup.com
 Attorneys for Plaintiff, Ronald J. Herro

Dated: November 15, 2013

ANDREA KISMET ANAPOLSKY (CA Bar No. 238297)
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, CA 94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549
E-mail:    aanapolsky@seyfarth.com

AMANDA SONNEBORN (admitted pro hac vice)
MEGAN TROY (admitted pro hac vice)
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
E-mail: asonneborn@seyfarth.com
mtroy@seyfarth.com

Attorneys for Defendant,
The Prudential Insurance Company of America

By   /s/ *Megan Troy*
      _____

**[proposed Order on following page]**

# ATTESTATION OF CONCURRENCE OF NON-FILING SIGNATORIES

## Civil L. R. 5-1(i)(3)

The undersigned ECF filer hereby attests that concurrence in the filing of the foregoing document has been obtained from each of the other signatories.

Dated: November 15, 2013

Respectfully submitted,

JULIAN M. BAUM & ASSOCIATES

by  /s/ by Julian M. Baum
Julian M. Baum (CA Bar No. 130892)
Lisa A. Lawrence (CA Bar No. 132310)
JULIAN M. BAUM & ASSOCIATES
9 Tenaya Lane
Novato, California 94947
Telephone:  (415) 963-4424
Facsimile:   (888) 452-3849
E-mail:     JMB@JMBLawGroup.com
Attorneys for Plaintiff,

# [proposed] ORDER

The parties having stipulated as set forth above, and good cause appearing to this Court,

**IT IS SO ORDERED**:

1. The case is referred to mediation in accordance with the Court's ADR Local Rules, to be completed within 90 days of this Order;

2. The Case Management Conference in this action is rescheduled on the Court's calendar to Friday, ~~February ____, 2014~~ March 7, 2014 at 10:00 a.m.

Dated:  November __ 2013

_____
SAMUEL ~~[signature: Judge Samuel Conti]~~
UNITED STATES DISTRICT JUDGE

STIPULATION AND [REQUESTED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE     Page 3 of 3     Case No. CV 13-03241 SC