[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. HERRO,<br><br>   Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>   Defendant | Case No. CV 13-03241 SC<br><br>STIPULATION AND [~~proposed~~]<br>**ORDER OF DISMISSAL**<br>UPON SETTLEMENT<br><br>Case Management Conference:<br><br>Date:        March 7, 2014<br>Time:       9:00 a.m.<br>Courtroom: Hon. Samuel Conti<br>                  Senior United States District Judge |

///

///

///

///

///

///

1. The parties have reached a settlement in this matter.  There currently is a Case Management Conference scheduled in this matter for Friday, March 7, 2014.

2. Accordingly, the parties stipulate and respectfully request that the Court enter a 35-day conditional dismissal of the action, in the form of the proposed Order set forth below.

Dated: March 3, 2014                         Respectfully submitted,

                                             JULIAN M. BAUM & ASSOCIATES

                                               /s/ by Julian M. Baum
                                             by_____
                                               Julian M. Baum (CA Bar No. 130892)
                                               Lisa A. Lawrence (CA Bar No. 132310)
                                               JULIAN M. BAUM & ASSOCIATES
                                               9 Tenaya Lane, Novato, California 94947
                                               Telephone:  (415) 963-4424
                                               Facsimile:  (888) 452-3849
                                               E-mail:     JMB@JMBLawGroup.com
                                               Attorneys for Plaintiff,  Ronald J. Herro

Dated:  March 3, 2014                        ANDREA KISMET ANAPOLSKY (CA Bar No. 238297)
                                             SEYFARTH SHAW LLP
                                             560 Mission Street, 31st Floor, San Francisco, CA 94105
                                             Telephone:  (415) 397-2823
                                             Facsimile:   (415) 397-8549
                                             E-mail:     aanapolsky@seyfarth.com

                                             AMANDA SONNEBORN (admitted pro hac vice)
                                             MEGAN TROY (admitted pro hac vice)
                                             SEYFARTH SHAW LLP
                                             131 S. Dearborn Street, Suite 2400, Chicago, IL 60603
                                             Telephone:  (312) 460-5000
                                             Facsimile:  (312) 460-7000
                                             E-mail:  asonneborn@seyfarth.com
                                             mtroy@seyfarth.com
                                             Attorneys for Defendant,
                                             The Prudential Insurance Company of America

                                     By      /s/ by  Megan Troy
                                             _____
                                             Megan Troy

[proposed Order on following page]

1
2
## [~~Proposed~~] ORDER OF DISMISSAL

3    The parties to the action, by their counsel, have advised the Court that they have agreed
4  to a settlement.

5    IT IS HEREBY ORDERED that this cause is DISMISSED WITH PREJUDICE;
6  provided, however, that if any party to the action certifies to this Court, with proof of service of a
7
8  copy thereon on opposing counsel, within 35 days of the date of this Order, that settlement of
9  this action has not in fact occurred, then the foregoing Order shall stand vacated and this cause
10 shall forthwith be restored to the Court's calendar for further proceedings.

11    **IT IS SO ORDERED.**

12
13
14 DATED: March  4 , 2014
15
16 
    _____ Judge
    Judge Samuel Conti
17
18
19
20
21
22
23
24
25
26
27
28