[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. HERRO,<br><br>　　　　Plaintiff,<br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant | Case No. CV 13-03241 SC<br><br>STIPULATION AND [~~proposed~~]<br>**ORDER OF DISMISSAL**<br>UPON SETTLEMENT<br><br>Case Management Conference:<br><br>Date:　　May 2, 2014<br>Time:　　10:00 a.m.<br>Courtroom: Hon. Samuel Conti<br>　　　　　　United States District Judge |

///

///

///

///

///

///

1    1.    The parties have consummated a settlement in this matter.  There currently is a Case Management Conference scheduled in this matter for Friday, May 2, 2014, with the parties' Case Management Statement due by April 25, 2014.

2.    Accordingly, the parties stipulate and respectfully request that the Court enter a dismissal of the action with prejudice, in the form of the proposed Order set forth below.

Dated: April 17, 2014        Respectfully submitted,

                                 JULIAN M. BAUM & ASSOCIATES

                                   */s/ by Julian M. Baum*
                                by_____
                                  Julian M. Baum (CA Bar No. 130892)
                                  Lisa A. Lawrence (CA Bar No. 132310)
                                  JULIAN M. BAUM & ASSOCIATES
                                  9 Tenaya Lane, Novato, California 94947
                                  Telephone:  (415) 963-4424
                                  Facsimile:  (888) 452-3849
                                  E-mail:     JMB@JMBLawGroup.com
                                 Attorneys for Plaintiff,  Ronald J. Herro

Dated:  April 17, 2014       ANDREA KISMET ANAPOLSKY (CA Bar No. 238297)
                                 SEYFARTH SHAW LLP
                                 560 Mission Street, 31st Floor, San Francisco, CA 94105
                                 Telephone:  (415) 397-2823
                                 Facsimile:  (415) 397-8549
                                 E-mail:     aanapolsky@seyfarth.com

                                 AMANDA SONNEBORN (admitted pro hac vice)
                                 MEGAN TROY (admitted pro hac vice)
                                 SEYFARTH SHAW LLP
                                 131 S. Dearborn Street, Suite 2400, Chicago, IL 60603
                                 Telephone:  (312) 460-5000
                                 Facsimile:  (312) 460-7000
                                 E-mail:  asonneborn@seyfarth.com
                                 mtroy@seyfarth.com
                                 Attorneys for Defendant,
                                 The Prudential Insurance Company of America

                By     */s/ by  Amanda Sonneborn*
                                 _____
                                 Amanda Sonneborn

1
2  **[~~Proposed~~] ORDER OF DISMISSAL**

3  The parties to the action, by their counsel, have advised the Court that they have
4  concluded a settlement of the action. Accordingly,

5  IT IS HEREBY ORDERED that this cause is DISMISSED WITH PREJUDICE.

6  **IT IS SO ORDERED.**

7
8
9  DATED: April 22, 2014
10
11
12 
13
14